## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | | |
|---|---|---|
| CLAIRE BROWN, Individually and as Personal Representative of the Estate of Thomas Brown, | ) ) ) ) | |
| Plaintiff, | ) ) | DOCKET NO. 05-cv- 158-P-S |
| v. | ) ) | |
| CROWN EQUIPMENT CORPORATION, | ) ) | |
| Defendant. | ) | |

### ORDER

Before the Court are Plaintiff's Motion to Grant the Proposed Order (Docket # 220) and Defendant's Motion to Enter Proposed Order (Docket # 222).  Both motions are hereby GRANTED IN PART and DENIED IN PART.

This case comes before the Court on a remand from the First Circuit with direction that the Court "modify its damages award so that it comports with the [December 11, 2008 decision of the Maine Law Court]." (See First Cir. Slip Op. (Docket # 210) at 7.)  The Court has received proposed orders from both sides that incorporate this mandate.

Having reviewed the proposed orders as well as the entire docket, the Court hereby ORDERS the Clerk to enter a revised judgment, for the Plaintiff Claire Brown against the Defendant Crown Equipment Corporation, in the amount of $1,542,857.00, plus interest and costs as allowed by law.

SO ORDERED.

    /s/ George Z. Singal
    United States District Judge

Dated this 19th day of March, 2009.